UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brandon Dale Lowery, | Case No. 2:23-cv-01416-JAD-BNW |
| Plaintiff, | |
| v. | **Report & Recommendation** <br> re ECF No. 11 |
| El Cortez Hotel & Casino, | |
| Defendants. | |

Plaintiff Brandon Lowery requests that this Court issue an Order to Show Cause and have Defendant explain why it should not "cease and desist from spying on Plaintiff at the law library." ECF No. 11. This Court construes Plaintiff's motion as one seeking injunctive relief. At this stage, Plaintiff has not demonstrated a likelihood of success on the merits or shown irreparable harm. As a result, this Court recommends the motion be denied.

**I.  Background**

Lowery's First Amended Complaint alleges Defendant transmitted defamatory information about Plaintiff to its employees. He now alleges that Defendant is spying on him and trying to interfere with the lawsuit.

**II.  Legal standard**

"A preliminary injunction is an extraordinary remedy never awarded as of right." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008). To obtain this extraordinary remedy, a plaintiff must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm without preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest. *Id.*

**III.  Discussion**

This Court has recently screened Plaintiff's First Amended Complaint. While the First Amended Complaint has survived screening, it is not clear at this stage whether Plaintiff is likely to succeed on the merits. Moreover, his motion does not address the issue at all.

Next, Defendant has not been served in this case yet, making it unlikely that it would know about the First Amended Complaint. But even assuming it did, and that it was indeed spying on Plaintiff, it is not clear what harm (leave alone *irreparable harm*) Plaintiff will suffer absent the relief sought.

Given the above, the balance of equities do not tip in Plaintiff's favor, nor is injunction in the public interest.

Accordingly, the Court will recommend that Lowery's motion be denied.

**IV.   Conclusion**

**IT IS THEREFORE RECOMMENDED** that Plaintiff's motion at ECF No. 11 be **DENIED.**

### NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 11, 2023.

_____
Brenda Weksler
United States Magistrate Judge