UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brandon Dale Lowery,<br><br>    Plaintiff<br><br>v.<br><br>El Cortez Casino,<br><br>    Defendant | Case No.: 2:23-cv-01416-JAD-BNW<br><br>**Order Adopting Report and Recommendation and Denying Motion for Order to Show Cause**<br><br>[ECF Nos. 11, 13] |

    Brandon D. Lowery sues the El Cortez Casino for $20,000,000 for sending "out a mass text message to El Cortez employees claiming that [he] was a Sexual Predator.'"[1] Lowery seeks an "order to show cause" why the hotel "should not be required to cease and desist from spying on [him] at the law library" at UNLV.[2] Magistrate Judge Brenda Weksler construed that request as one for injunctive relief and recommends that I deny it because Lowery "has not demonstrated a likelihood of success on the merits or shown irreparable harm."[3] The deadline for Lowery to object to that recommendation was October 25, 2023, and he filed no objection and did not ask to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

---

[1] ECF No. 6 at 4.

[2] ECF No. 11 at 1 (cleaned up).

[3] ECF No. 13.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 13] is ADOPTED** in its entirety, and Lowery's request for an order to show cause why the El Cortez Hotel and Casino should not be required to cease and desist from spying on him at the UNLV law library **[ECF No. 11] is DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
October 30, 2023