# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Brandon Dale Lowery,

    Plaintiff

v.

El Cortez Hotel and Casino,

    Defendant

Case No.: 2:23-cv-01416-JAD-BNW

**Order Denying Plaintiff's Motion for Emergency Temporary Relief**

[ECF No. 38]

Brandon Dale Lowery sues the El Cortez Casino for $20,000,000 for sending "out a mass text message to El Cortez employees claiming that [he] was a Sexual Predator."[1] On March 20, 2024, Lowery filed a "motion for emergency temporary relief—financial assistance for basic needs," contending that "the delay in the resolution of critical issues in this case has left [him] homeless and without basic necessities" and asking the court to provide him with financial assistance to "secure temporary shelter" and "ensure access to adequate food and water."[2]

While the undersigned is sympathetic to Lowery's situation, the federal court does not provide financial assistance to litigants. Lowery was granted permission to proceed in forma pauperis in this case and is thus relieved of the obligation to pay the court's filing fee and is entitled to have the U.S. Marshals Service effectuate service free of charge.[3] Those are the only monetary benefits available from this court.

---

[1] ECF No. 6 at 4.

[2] ECF No. 38.

[3] *See* ECF No. 4; ECF No. 12.

**Conclusion**

IT IS THEREFORE ORDERED that Lowery's motion for emergency temporary relief **[ECF No. 38] is DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
March 26, 2024