# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Brandon Dale Lowery, | Case No.: 2:23-cv-01416-JAD-BNW |
| Plaintiff | |
| v. | **Order Denying Motion for Declaratory Judgment in Closed Case** |
| El Cortez Hotel and Casino, | [ECF No. 38] |
| Defendant | |

Brandon Dale Lowery sued the El Cortez Casino for $20,000,000 for sending "out a mass text message to El Cortez employees claiming that [he] was a Sexual Predator."[1] Lowery voluntarily dismissed this case with prejudice on April 10, 2024,[2] and the court entered judgment and closed this case.[3] Despite his voluntary termination of this case, Lowery filed a motion for declaratory judgment on May 30, 2024.[4]

**Because this case has been dismissed and closed, leaving no claims or action pending,** IT IS ORDERED that Lowery's motion for a declaratory judgment **[ECF No. 50] is DENIED**. Lowery is advised that **no further motions may be filed in this terminated case**.

_____
U.S. District Judge Jennifer A. Dorsey
June 2, 2024

---

[1] ECF No. 6 at 4.
[2] ECF No. 47.
[3] ECF Nos. 48, 49.
[4] ECF No. 50.